UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ,
Secretary of the United States
Department of Labor,

          Plaintiff,

        v.

CALIFORNIA PACIFIC BANK, et al.,
          Defendants.
_____/

CASE NO. 13-CV-03792 JST

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X    Private ADR (*please identify process and provider*)  <u>The parties have agreed to engage in private mediation, subject to the U.S. Department of Labor securing funding authorization for its participation. The parties will jointly select a mediator once the Department's funding is secured.</u>

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X    other requested deadline: <u>January 10, 2014</u>

Dated: November 18, 2013                               <u>/s/ Anna O. Crowell</u>
                                                                               Attorney for Plaintiff

Dated: November 18, 2013                               <u>/s/ Matthew W. Powell</u>
                                                                               Attorney for Defendants

CONTINUE TO FOLLOWING PAGE

**[PROPOSED]** ORDER

☐ ~~The parties' stipulation is adopted and IT IS SO ORDERED.~~
☑ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The deadline to complete mediation is:  February 14, 2014

Dated: November 21, 2013



_____
HONORABLE JUDGE JON S. TIGAR

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11