UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PACIFIC BANK, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-03792-JST<br><br>**ORDER APPROVING IN PART THE PARTIES' STIPULATED PROTECTIVE ORDER**<br><br>Re: ECF No. 42 |

　　　The parties' stipulated protective order is APPROVED insofar as it embodies the parties' agreement with regard to confidential information the parties disclose to each other during discovery.  However, the process for sealing or redacting confidential information from documents filed with the Court is governed by Civil Local Rule 79-5, and the standard for sealing is outlined in Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006).  See also Standing Order Governing Administrative Motions to File Materials Under Seal, available at www.cand.uscourts.gov/jstorders.  The Court will seal its own records only after a sufficient showing on motion made pursuant to Civil Local Rule 79-5.

　　　**IT IS SO ORDERED.**

Dated: March 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge