ANNA O. AREA, NY Bar No. 4421731
ROBIN SPRINGBERG PARRY, VA Bar No. 37502
SYMA AHMAD, CA Bar No. 236522
DAVID M. ELLIS, DC Bar No. 976985
U.S. Dept. of Labor, Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC  20013
Telephone: (202) 693-5603, Facsimile: (202) 693-5610
Email:  area.anna.o@dol.gov; parry.robin@dol.gov; ahmad.syma@dol.gov; ellis.david.m@dol.gov

Local Counsel:
Danielle Jaberg, Counsel for ERISA
U.S. Dept. of Labor, Office of the Solicitor
90 7th Street, Suite 3-7000
San Francisco, CA  94103
Telephone:  (415) 625-7750, Facsimile:  (415) 625-7772

Attorneys for the Plaintiff, Thomas E. Perez
Secretary of the United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of the United States Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PACIFIC BANK, et al.<br><br>　　　　　Defendants. | Civil Action No. 13-CV-03792 JD<br><br>[~~PROPOSED~~] **ORDER DENYING DEFENDANTS' REQUEST TO EXCUSE TRUSTEES FROM ATTENDING SETTLEMENT CONFERENCE**<br><br>Date: December 16, 2015<br>Time: 10:00 am<br>Courtroom:  Chambers (15th Floor)<br>Judge:  Hon. Maria-Elena James<br><br>Complaint Filed: August 15, 2013<br>Trial Date:　　　Not Set |

**[Proposed] Order Denying Defendants' Request to Excuse Trustees from Attending Settlement Conference**
**Civil Action No. 13-CV-03792 JD**

Page 1 of 2

Having considered Defendants' Request to Excuse Trustees from Attending Settlement Conference and the Secretary's Opposition to the same,

IT IS ORDERED, that Defendants' Request to Excuse Trustees from Attending Settlement Conference is denied in its entirety.

Dated: _December 2_____, 2015        _____
                                      The Honorable Maria-Elena James
                                      United States Magistrate Judge

**[Proposed] Order Denying Defendants' Request to Excuse Trustees from Attending Settlement Conference
Civil Action No. 13-CV-03792 JD**

Page 2 of 2