UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ,

    Plaintiff,

    v.

CALIFORNIA PACIFIC BANK, et al.,

    Defendants.

Case No. 13-cv-03792-JD

**JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment for plaintiff Thomas E. Perez, Secretary of the United States Department of Labor, on Counts One, Two and Three, consistent with the findings of fact and conclusions of law issued by the Court. Dkt. No. 162.

    **IT IS SO ORDERED.**

Dated: October 24, 2016

_____
JAMES DONATO
United States District Judge